## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

MC FRIESEN,

        Plaintiff,

  v.

SYNGENTA AG; SYNGENTA CROP
PROTECTION, LLC; and DOES 1 through 60
inclusive,

        Defendants.

**This Document Relates to
Civil Action No.: 3:23-pq-1609-NJR**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff MC Friesen, by and through counsel, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), hereby files this notice of voluntary dismissal without prejudice of Plaintiff's cause of action against all Defendants. A Notice of Dismissal without prejudice is appropriate and a Court Order is not required as no Defendant has filed an answer or a motion for summary judgment. See *Federal Rule of Civil Procedure* 41(a)(1)(A)(i).

Dated: December 23, 2024

Respectfully Submitted,

    */s/ Madison Keyes*

**THE SMITH LAW FIRM, PLLC**
R. ALLEN SMITH – Miss. Bar No. 99984
E-mail: asmith@smith-law.org
MADISON KEYES – Miss. Bar No. 105530
E-mail: mkeyes@smith-law.org
300 Concourse Blvd., Suite 104
Ridgeland, MS  39157
Telephone:  601-952-1422
Fax: 601-952-1426

**SHENAQ, PC**
AMIR SHENAQ – Georgia No. 505281
3500 Lenox Road Ste. 1500
Atlanta, GA 30326
Telephone: (888) 909-9993
Telecopier: (713) 583-3538
E-mail: amir@shenaqpc.com

**LAW OFFICES OF EZEQUIEL REYNA, JR., P.C.**
EZEQUIEL REYNA, JR.  – TX Bar
No. 16794798
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
Telephone:(956) 968-9556
Fax: (956) 969-0492
E-mail: zeke@zreynalaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I electronically filed this *Notice of Voluntary Dismissal without Prejudice* with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

Respectfully Submitted,


    */s/ Madison Keyes*
**THE SMITH LAW FIRM, PLLC**
R. ALLEN SMITH – Miss. Bar No. 99984
E-mail: asmith@smith-law.org
MADISON KEYES – Miss. Bar No. 105530
E-mail: mkeyes@smith-law.org
300 Concourse Blvd., Suite 104
Ridgeland, MS  39157
Telephone:  601-952-1422
Fax: 601-952-1426

**SHENAQ, PC**
AMIR SHENAQ – Georgia No. 505281
3500 Lenox Road Ste. 1500
Atlanta, GA 30326
Telephone: (888) 909-9993
Telecopier: (713) 583-3538
E-mail: amir@shenaqpc.com

**LAW OFFICES OF EZEQUIEL REYNA, JR., P.C.**
EZEQUIEL REYNA, JR.  – TX Bar No. 16794798
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
Telephone:(956) 968-9556
Fax: (956) 969-0492
E-mail: zeke@zreynalaw.com

*Attorneys for Plaintiff*